IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. <u>02-20438-Ml</u> |
| | * | |
| REGINA SMITH, | * | |
| Defendant. | * | |

### ORDER GRANTING MOTION TO CONTINUE RE-SENTENCING HEARING

**IT IS HEREBY ORDERED** that the Government's Motion to Continue Re-Sentencing Hearing is hereby **GRANTED**, and is now reset for _Friday, June 3, 2005 at 2:00 p.m._

**IT IS SO ORDERED** this the ___14___ day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: _4/14/05_
Approved: _____
David Pritchard

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4-18-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:02-CR-20438 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Parson Khumalo
LAW OFFICE OF LINDA KHUMALO
P.O. Box 40184
Memphis, TN 38174

Honorable Jon McCalla
US DISTRICT COURT